UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Speech First, Inc.

v.

Kayse Shrum, in her official capacity as President of Oklahoma State University

Case No. 23-6054

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Speech First, Inc.
_____
[Party or Parties][1]

_____

Appellant
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| Cameron T. Norris | J. Michael Connolly |
|---|---|
| Name of Counsel | Name of Counsel |
| /s/ Cameron T. Norris | /s/ J. Michael Connolly |
| Signature of Counsel | Signature of Counsel |
| 1600 Wilson Blvd., Ste. 700, Arlington, VA 22209; 703-243-9423 | 1600 Wilson Blvd., Ste. 700, Arlington, VA 22209; 703-243-9423 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| cam@consovoymccarthy.com | mike@consovoymccarthy.com |
| E-Mail Address | E-Mail Address |

**Additional Counsel on Next Page**

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# ADDITIONAL COUNSEL

Thomas S. Vaseliou
Name of Counsel
/s/ Thomas Vaseliou
Signature of Counsel
1600 Wilson Blvd., Ste. 700, Arlington, VA 22209; 703-243-9423
Mailing Address and Telephone Number
tvaseliou@consovoymccarthy.com
E-Mail Address

James F. Hasson
Name of Counsel
/s/ James Hasson
Signature of Counsel
1600 Wilson Blvd., Ste. 700, Arlington, VA 22209; 703-243-9423
Mailing Address and Telephone Number
james@consovoymccarthy.com
E-Mail Address

Ryan A. Haynie
Name of Counsel
/s/ Ryan A. Haynie
Signature of Counsel
1401 N. Lincol Blvd. Oklahoma City, OK 73104
405-590-6070
Mailing Address and Telephone Number
ryan@ocpathink.org
E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

[✔] The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

[ ] There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

4/13/2023

Date

/s/ Cameron T. Norris

Signature

  Oklahoma State University
  Trudy Milner
  Aleigha Mariott
  Doug Hallenbeck
  Raj Murthy
  Jackson Landrum
  Billy G Taylor
  Rick Davis
  Jimmy Harrel
  Joe Hall
  Cary Baetz
  Blayne Arthur
  Rick Walker
  Jason Ramsey
  Jarold Callahan

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
                    [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                            [state method of service]

4/13/23
_____
Date

/s/ Cameron T. Norris
_____
Signature