NO. 23-6054

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

_____

SPEECH FIRST, INC.,

*Plaintiff-Appellant*,

v.

KAYSE SHRUM, in her individual capacity and official capacity as President of Oklahoma State University, *et al.*,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the Western District of Oklahoma
Case No. CIV-23-29-J
The Honorable Bernard M. Jones, presiding

_____

**MOTION OF CATHOLICVOTE.ORG EDUCATION FUND
FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF
IN SUPPORT OF Plaintiff-APPELLANT AND REVERSAL**

_____

Scott W. Gaylord
N.C. Bar No. 26740
201 North Greene Street
Greensboro, NC 27401
Phone: (336) 279-9331
Email: sgaylord@elon.edu
*Counsel for Amicus Curiae*

CatholicVote.org Education Fund ("CVEF") respectfully moves this Court pursuant to Federal Rule of Appellate Procedure 29(a)(3) for leave to file an amicus brief in support of Plaintiff-Appellant Speech First, Inc., which is attached as Exhibit A. Counsel for CVEF requested that each party consent to CVEF's filing an amicus brief in this case. Plaintiff-Appellant consented; Defendants-Appellees refused without explanation.

As discussed in the attached brief, CVEF is a nonpartisan voter education program devoted to serving our country by supporting educational activities that promote an authentic understanding of ordered liberty and the common good. Given its educational mission, CVEF is deeply concerned about the First Amendment issues implicated by *Speech First, Inc. v. Shrum* (No. 23-6054). If organizations are required to disclose the legal names of their members even when the statements in the complaint would subject the members to discipline under a governmental policy, freedom of speech is threatened. This is particularly true on college campuses where "there is a possibility that, rather than risk punishment for conduct in challenging the [speech restriction]," students "will refrain from engaging further in protected activity. Society as a whole then would be the loser. Thus, when there is a danger of chilling free speech, the concern that constitutional adjudication be avoided whenever possible may be outweighed by society's interest in having the statute challenged." *Sec'y of Md. v. Joseph H. Munson Co.,*

*Inc.*, 467 U.S. 947, 956 (1984). As a result, CVEF comes forward to support the right of all students to participate fully in ongoing discussions regarding important local and national issues even when—or perhaps especially when—those issues are controversial. *Papish v. Bd. of Curators of Univ. of Mo.*, 410 U.S. 667, 670 (1973) ("The mere dissemination of ideas—no matter how offensive to good taste—on a state university campus may not be shut off in the name alone of 'conventions of decency.' ").

CVEF believes that its brief will aid the Court in its consideration of this case. The central legal issue on appeal is whether *Summers v. Earth Island Inst.*, requires Speech First to "nam[e] the affected members" of its organization rather than use a pseudonym and description of the student-members injured by the University's speech-restrictive policies. 555 U.S. 488, 499 (2009). The amicus brief will assist the Court by providing a detailed discussion of (1) why *Summers*'s analysis of statistical probabilities does not govern the present case and (2) why organizations need not name their members " 'where the injury litigated against would be incurred as a result of the disclosure….' " *Femedeer v. Haun*, 227 F.3d 1244, 1246 (10th Cir. 2000) (quoting *Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992)).

For these reasons, CVEF respectfully requests that the Court grant this motion for leave to file the attached *amicus curiae* brief.

Respectfully submitted,

s/ Scott W. Gaylord
Scott W. Gaylord
201 North Greene Street
Greensboro, NC 27401
Phone: (336) 279-9331
Email: sgaylord@elon.edu

*Counsel for Amicus Curiae CatholicVote.org Education Fund*


Dated:  May 30, 2023

## CERTIFICATE OF SERVICE

I certify that on May 30, 2023, I caused the foregoing to be filed through this Court's CM/ECF system, which will serve a notice of electronic filing on all registered users, including counsel for the parties.


s/ Scott W. Gaylord
Scott W. Gaylord
201 North Greene Street
Greensboro, NC 27401
Phone: (336) 279-9331
Email: sgaylord@elon.edu