FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

April 28, 2023

Christopher M. Wolpert
Clerk of Court

---

SPEECH FIRST, INC.,

    Plaintiff - Appellant,

v.

KAYSE SHRUM, in her official capacity as President of Oklahoma State University,

    Defendant - Appellee.

No. 23-6054
(D.C. No. 5:23-CV-00029-J)
(W.D. Okla.)

---

**ORDER**

---

    This matter is before the court on *Appellant's Motion to Expedite Appeal* ("Motion to Expedite"), and *Appellee's Response to Appellant's Motion to Expedite Appeal.* In its Motion to Expedite, Appellant asks the court to (1) "announce that it will grant no extensions to the default briefing deadlines, absent extraordinary circumstances;" and (2) "expedite oral argument." Appellee opposes both these requests. For the reasons set forth below, the Motion to Expedite is denied without prejudice to renewal as premature.

    As to Appellant's first request, both parties have indicated that they do not intend to request any extensions of the briefing deadlines prescribed by the Federal Rules of Appellate Procedure. If, however, Appellee determines it necessary to later request an extension of the response-brief deadline, Appellant may oppose that request at that time.

    As to Appellant's second request, this court hears oral argument on a regularly scheduled basis in September, November, January, March, and May. The court will

promptly determine whether it desires oral argument in this matter once both the opening brief and the response brief are on file. For that determination to be made in time for this matter to be set for oral argument, if desired by the court, during the September 2023 term of court, the response brief must be on file by mid-June. In that regard, should Appellant desire to maximize the likelihood that this matter could be heard at the next regularly scheduled term of court, it (1) should file its opening brief as expeditiously as possible; and (2) may renew its request to expedite argument after the response brief is on file.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk