UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| SPEECH FIRST, INC., <br><br> *Plaintiff–Appellant*, <br><br> v. <br><br> KAYSE SHRUM, in her official capacity as President of Oklahoma State University, <br><br> *Defendant–Appellee*. | Case No. 23-6054 <br><br> D.C. No. 5:23-CV-00029-J |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for American Civil Liberties Union & American Civil Liberties Union of Oklahoma, Amici Curiae in the above-captioned case(s).

| | |
|---|---|
| Vera Eidelman <br> Name of Counsel | Megan Lambert <br> Name of Counsel |
| */s/ Vera Eidelman* <br> Signature of Counsel | *Megan Lambert* <br> Signature of Counsel |
| American Civil Liberties <br>   Union Foundation <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> (212) 549-2500 <br> Mailing Address and Telephone Number | American Civil Liberties <br>   Union Foundation of Oklahoma <br> P.O. Box 13327 <br> Oklahoma City, OK 73113 <br> (405) 524-8511 <br> Mailing Address and Telephone Number |
| veidelman@aclu.org <br> E-Mail Address | mlambert@acluok.org <br> E-Mail Address |

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

> The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

√     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

Dated: June 16, 2023

/s/ Vera Eidelman
Vera Eidelman

*Counsel for Amici Curiae*

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

√   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case.

Dated: June 16, 2023

<u>/s/ Vera Eidelman</u>
Vera Eidelman

*Counsel for Amici Curiae*